UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO EDROSA,<br><br>                              Plaintiff,<br><br>v.<br><br>DR., JOHN K. CHU,<br><br>                              Defendant. | Case No.:  19cv88-CAB-MDD<br><br>**ORDER GRANTING WITH MODIFICATION MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND REQUEST FOR 90 DAY EXTENSION [Doc. No. 16]** |

On January 12, 2019, Plaintiff Bernardo Edrosa ("Plaintiff"), currently incarcerated at Richard J. Donovan Correctional Facility ("RJD") in San Diego, California, and proceeding *pro se*, filed a civil rights Complaint pursuant to 42 U.S.C. §1983. [Doc. No. 1.] On April 29, 2019, Defendants J. Chau, California Department of Corrections and Rehabilitation, erroneously sued as Richard J. Donavan Correctional Facility, G. Casian, P. Jayasundara, and F. Sedighi ("Defendants") filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). [Doc. No. 11.] On July 2, 2019, Plaintiff filed a motion for leave to file amended complaint and request for 90 day extension. [Doc. No. 16.] Defendants have indicated they do not oppose the motion. [Doc. No. 16 at 10.]

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the motion for leave to file an amended complaint is **GRANTED**.  Plaintiff shall file a First Amended Complaint **no**

1

**later than September 9, 2019**. Plaintiff is reminded that the FAC must be complete in itself without reference to his original pleading. Defendants not named and any claims not re-alleged in the FAC will be considered waived. *See* S.D. Cal. CivLR 15.1; *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) ("[A]n amended pleading supersedes the original."); *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (noting that claims dismissed with leave to amend which are not re-alleged in an amended pleading may be "considered waived if not repled.")

If an FAC is not filed by September 9, 2019, then **the case will be dismissed without prejudice and without further court order.**

**IT IS SO ORDERED**.

Dated: July 5, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge